IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HAWKINS, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>            v.<br><br>DAMON'S INTERNATIONAL INC. d/b/a DAMON'S GRILL, CONCORD PIKE RIBS, LLC d/b/a DAMON'S GRILL WILMINGTON, and ALLIANCE DEVELOPMENT GROUP, LLC<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Civil Action No.: 08-55-***<br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Sherrie R. Savett, Esquire, Michael T. Fantini, Esquire and Jon J. Lambiras, Esquire to represent Plaintiff, William Hawkins, in this matter.

                                              PRICKETT, JONES & ELLIOTT, P.A.

                      By: _____
                             Elizabeth M. McGeever (#2057)
                             J. Clayton Athey (#4378)
                             1310 King Street, P.O. Box 1328
                             Wilmington, DE 19899-1328
                             emmcgeever@prickett.com
                             jcathey@prickett.com
                             Ph: (302) 888-6500
                             *Attorneys for Plaintiff William Hawkins*

Dated: January 28, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Sherrie R. Savett, Esquire, Michael T. Fantini, Esquire and Jon J. Lambiras, Esquire is granted.

Date: _____        _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of ___Pennsylvania___ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _Sherrie R. Savett_

Date: _1/28/08_

(Applicant's Address)

Sherrie Savett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _Pennsylvania_ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _Jon Lambiras_

Date: _1/24/08_

(Applicant's Address)

Jon Lambiras
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Pennsylvania__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _Michael Fantini_

Date: _Jan 28, 2008_

(Applicant's Address)

Michael Fantini
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000