IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WILLIAM HAWKINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAMON'S INTERNATIONAL INC. d/b/a DAMON'S GRILL, CONCORD PIKE RIBS, LLC d/b/a DAMON'S GRILL WILMINGTON, and ALLIANCE DEVELOPMENT GROUP, LLC<br><br>Defendants. | Civil Action No: 08-55-GMS |

## NOTICE OF VOLUNTARY DISMISSAL
## OF DEFENDANT CONCORD PIKE RIBS, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff voluntarily dismisses defendant Concord Pike Ribs, LLC from the above-captioned Action.

Dated: February 13, 2008

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
Elizabeth M. McGeever (DE Bar No. 2057)
J. Clayton Athey (DE Bar No. 4378)
1310 King Street, Box 1328
Wilmington, DE 19899
emmcgeever@prickett.com
jcathey@prickett.com
Tel: (302) 888-6500

*Counsel for Plaintiff and the Proposed Classes*

OF COUNSEL:

Sherrie R. Savett
Michael T. Fantini
Jon Lambiras
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000

20435.1.\360698v1

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on February 13, 2008, I served copies of the foregoing NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CONCORD PIKE RIBS, LLC on the following via First Class Mail:

J. Clayton Athey
(DE Bar # 4378)

Damon's International Inc.
c/o Bruce H. Burkholder, Esq., Agent for Service of Process
Wiles, Boyle, Burkholder & Bringardner & Co.
300 Spruce St., Floor One
Columbus, Ohio 43215

Alliance Development Group, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Concord Pike Ribs, LLC d/b/a Damon's Grill Wilmington
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Concord Pike Ribs, LLC d/b/a Damon's Grill Wilmington
c/o Eric Goldberg, Esq.
Kahn & Goldberg, LLP
708 Third Avenue, 19th Floor
New York NY 10017

20435.1.\360698v1