AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

WILLIAM HAWKINS, on behalf of himself and all others similarly situated

V.

DAMON'S INTERNATIONAL INC. d/b/a DAMON'S GRILL et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    08-55 GMS

TO: (Name and address of Defendant)

Pris-MM, LLC d/b/a Damon's Grill Wilmington
c/o The Company Corporation
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street, Box 1328
Wilmington, DE 19801
Tel: (302) 888-6500
Fax: (302) 658-8111

an answer to the complaint which is served on you with this summons, within __20 (FRCP 12(a)(1))__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE    2/13/08

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>2/14/08 |
| NAME OF SERVER (PPJNT)<br>KEVIN S. DUNN | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: PRIS-MM, LLC C/O THE COMPANY CORPORATION 2711 CENTERVILLE RD. WILMINGTON, DE 19808 COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/12/08
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

SERVED: SUMMONS & AMENDED COMPLAINT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.