IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM HAWKINS, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 08- 55-GMS |
| DAMON'S INTERNATIONAL INC. d/b/a DAMON'S GRILL; PRIS-MM, LLC d/b/a DAMON'S GRILL WILMINGTON; and ALLIANCE DEVELOPMENT GROUP, LLC | ) ) ) ) ) | CLASS ACTION |
| Defendants. | ) ) ) | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    :
                     : ss
NEW CASTLE COUNTY    :

J. CLAYTON ATHEY being duly sworn according to law deposes and says:

1. I am an attorney with the law firm of Prickett, Jones & Elliott, P.A., and counsel to plaintiff William Hawkins in this action.

2. Pursuant to 10 *Del. C.* § 3104, I caused service to be made upon the defendant Damon's International Inc. d/b/a Damon's Grill, by serving the Summons and a copy of the Complaint upon the Secretary of State for the State of Delaware on January 28, 2008. On January 29, 2008, I filed the Return of Service on the Secretary of State with this Court. (D.I. 4)

3. On February 5, 2008, I caused to be mailed to Damon's International Inc. d/b/a Damon's Grill, a registered letter explaining that service of process on the Secretary of State was as effectual as if personal service had been made on the corporation and transmitted with that letter copies of the Complaint, Summons and related suit papers showing that service had, in

20435.1/359966v1

fact, been made upon the Delaware Secretary of State. A copy of that letter and the receipt showing that the letter was mailed is attached hereto as Exhibit A.

4. On February 22, 2008, I received in the mail the signed Return Receipt form indicating that the February 5, 2008 mailings had been accepted. A copy of the Return Receipt form is attached hereto as Exhibit B.

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
Elizabeth M. McGeever (#2057)
J. Clayton Athey (#4378)
1310 King Street, P.O. Box 1328
Wilmington, DE 19899-1328
emmcgeever@prickett.com
jcathey@prickett.com
Ph: (302) 888-6500
*Counsel for Plaintiff and the Proposed Classes*

OF COUNSEL:

Sherrie R. Savett
Michael T. Fantini
Jon Lambiras
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000

Dated: February 22, 2008

SWORN AND SUBSCRBED before me this 22nd day February, 2008.

_____
Notary Public

My Commission Expires

DONNA M. THOMPSON
New Castle County
My Commission Expires Aug. 4, 2009

20435.1/359966v1

**Exhibit A**

**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

February 5, 2008

**VIA REGISTERED MAIL**

Damon's International Inc.
c/o Bruce H. Burkholder, Esq., Agent for Service of Process
Wiles, Boyle, Burkholder & Bringardner & Co.
300 Spruce Street, Floor One
Columbus, OH 43215

  RE:  WILLIAM HAWKINS v. DAMON'S INTERNATIONAL INC.,
       d/b/a/ DAMON'S GRILL et al., Civil Action No. 08-55

Dear Mr. Burkholder:

This letter constitutes notice pursuant to 10 Del. C. §3104 that suit has been instituted against Damon's International Inc., in the United States District Court for the District of Delaware.

Please be advised that the Summons and Complaint have been served upon the Secretary of State of the State of Delaware. Under the provisions of 10 Del. C. §3104, this service is effective for all intents and purposes as if it had been made upon Damon's International Inc., personally within this State.

Enclosed is a copy of the Summons and Complaint as served on the Secretary of State on January 28, 2008, which explains the basis of the lawsuit.

Very truly yours,

J. Clayton Athey

JCA/sam
Enclosures

20435.1\358996v1





| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>SHEA PARSONS |
| 1. Article Addressed to:<br><br>Damon's International Inc.<br>c/o Bruce Burkholder, Esq.<br>Agent for Service of Process<br>Wiles, Boyle, Burkholder<br>300 Spruce St., Fl. One<br>Columbus, OH  43215 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>FEB 20 2008<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)         ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)  RR 366 016 525 US |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 |

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

J. CALYTON ATHEY, ESQ.
PRICKETT, JONES & ELLIOTT, P.A.
1310 KING STREET, BOX 1328
WILMINGTON, DE  19899