IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HAWKINS, on behalf of himself and all other similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>DAMON'S INTERNATIONAL, INC. d/b/a DAMON'S GRILL; PRIS-MM, LLC d/b/a DAMON'S GRILL WILMINGTON; and ALLIANCE DEVELOPMENT GROUP, LLC,<br><br>            Defendants. | )<br>)<br>)<br>)  Civil Action No. 08-055-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, through their undersigned counsel and subject to the approval of the Court, that the time within which defendants Damon's International, Inc. and Alliance Development Group, LLC may move, answer or otherwise respond to the Amended Complaint filed in the captioned matter is extended through and including April 11, 2008. Counsel for the undersigned defendants represents that this extension is necessary because counsel was recently retained and needs the additional time to consult with their clients about the subject matter of this dispute and the anticipated response.

/s/ *J. Clayton Athey*
Elizabeth M. McGeever (#2057)
emmcgeever@prickett.com
J. Clayton Athey (#4378)
jcathey@prickett.com
Prickett, Jones & Elliott, P.A.
1310 King Street, Box 1328
Wilmington, DE 19899
(302) 888-6500
*Counsel for Plaintiffs*

/s/ *Chad M. Shandler*
John A. Parkins, Jr. (#859)
parkins@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Counsel for Defendants Damon's International, Inc. and Alliance Development Group, LLC*

Dated: March 14, 2008

Dated: March 14, 2008

RLF1-3263021-1

2

**IT IS SO ORDERED** this _____ day of March, 2008.

_____
Chief Judge Gregory M. Sleet