IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HAWKINS, on behalf of himself and all other similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>DAMON'S INTERNATIONAL, INC. d/b/a DAMON'S GRILL; PRIS-MM, LLC d/b/a DAMON'S GRILL WILMINGTON; and ALLIANCE DEVELOPMENT GROUP, LLC,<br><br>          Defendants. | )<br>)<br>)  Civil Action No. 08-055-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Louis J. Rizzo, Jr. and Reger, Rizzo & Darnall, LLP are substituted for John A. Parkins, Jr., Chad M. Shandler and Richards, Layton & Finger, P.A. as counsel for Defendants Damon's International, Inc. and Alliance Development Group, LLC in the above captioned matter.

/s/ Chad M. Shandler
John A. Parkins, Jr. (#859)
parkins@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

/s/ Louis J. Rizzo
Louis J. Rizzo, Jr. (#3374)
lrizzo@regerlaw.com
Reger, Rizzo & Darnall, LLP
1001 N. Jefferson St.
Suite 202
Wilmington, DE 19801
(302)652-3611

Dated: April 14, 2008

Dated: April 14, 2008

RLF1-3271502-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HAWKINS, on behalf of himself and all other similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>DAMON'S INTERNATIONAL, INC., d/b/a DAMON'S GRILL; PRIS-MM, LLC d/b/a DAMON'S GRILL WILMINGTON, and ALLIANCE DEVELOPMENT GROUP, LLC,<br><br>          Defendants. | )<br>)<br>)<br>) C.A. No.: 08-055 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 14th day of April, 2008 that a true and correct copy of the Notice of Withdrawal and Substitution of Counsel has been served electronically and/or by first class mail, postage prepaid, upon the following:

J. Clayton Athey, Esquire
Elizabeth M. McGeever, Esquire
Prickett, Jones, & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Jon J. Lambiras, Esquire
Michael T. Fantini, Esquire
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Ronald J. Drescher, Esquire
Drescher & Associates, P.A.
4 Reservoir Circle, Suite 107
Baltimore, MD 21208

Chad Michael Shandler, Esquire
John A. Parkins, Jr., Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

REGER RIZZO & DARNALL LLP

/s/ Louis J. Rizzo, Jr., Esquire
Louis J. Rizzo, Jr., Esquire (#3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendants Damon's International Inc.
d/b/a Damon's Grill and Alliance Development Group LLC

Dated: April 14, 2008