IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HAWKINS, on behalf of himself and all other similarly situated,<br>    Plaintiff,<br>  v.<br>DAMON'S INTERNATIONAL, INC. D/b/a DAMON'S GRILL, PRIS-MM, LLC d/b/a DAMON'S GRILL WILMINGTON and ALLIANCE DEVELOPMENT GROUP, LLC,<br>    Defendants. | C.A. No.: 08-055 GMS<br><br>JURY TRIAL DEMANDED |

**STIPULATION EXTENDING TIME**

  IT IS HEREBY STIPULATED AND AGREED by the parties to this Stipulation, through their undersigned counsel and subject to approval of the Court, that the time within which Defendants, Damon's International, Inc. and Alliance Development Group, LLC, may move, answer or otherwise respond to the Amended Complaint filed in the captioned matter is extended through and including April 25, 2008. Counsel for the undersigned Defendants represents that this extension is necessary because counsel was recently retained as replacement for prior counsel and needs the additional time to consult with their clients about the subject matter of this dispute and the anticipated response.

| | |
|---|---|
| */s/ J. Clayton Athey, Esquire* | */s/ Louis J. Rizzo, Jr., Esquire* |
| J. Clayton Athey, Esquire (#4378) | Louis J. Rizzo, Jr., Esquire (#3374) |
| Elizabeth M. McGeever, Esquire (#2057) | Reger Rizzo & Darnall LLP |
| Prickett, Jones & Elliott, PA. | 1001 Jefferson Plaza, Suite 202 |
| 1310 King Street | Wilmington, DE 19899 |
| P.O. Box 1328 | (302) 652-3611 |
| Wilmington, DE 19899 | Lrizzo@regerlaw.com |
| (302) 888-6500 | Counsel for Defendants Damon's |
| Jcathey@prickett.com | International, Inc. and Alliance |
| Emmcgeever@prickett.com | Development Group, LLC |
| Counsel for Plaintiffs | |

  SO ORDERED this _____ day of April, 2008.

                 _____
                 Chief Judge Gregory M. Sleet