IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**WILLIAM HAWKINS, on behalf of himself
and all others similarly situated,**

 Plaintiffs,

v.                                                          Civil Action No: 08-55-GMS

**DAMON'S INTERNATIONAL, INC. d/b/a,
DAMON'S GRILL; PRIS-MM, LLC d/b/a,
DAMON'S GRILL WILMINGTON; and
ALLIANCE DEVELOPMENT GROUP, LLC,**

**Defendants.**

## SUGGESTION OF BANKRUPTCY

Pris-mm, LLC, defendant herein, hereby respectfully represents:

1. On the 8th day of May, 2008, Pris-mm, LLC filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Maryland, Case No. 08-16398 RAG.

2. Under Section 362(a) of the Bankruptcy Code, certain actions against the Defendant are automatically stayed, including, without limitation:

> the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title.

11 U.S.C. § 362(a)(1).

Therefore, according to the provisions of the Bankruptcy Code, the instant action is stayed.

Pris-mm, LLC

By/s/Ronald J. Drescher
RONALD DRESCHER

RONALD J. DRESCHER
4 Reservoir Circle
Suite 107
Baltimore, MD 21208
(410) 484-9000
Counsel for Pris-mm, LLC

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 12th day of May, 2008 a copy of the foregoing Suggestion of Bankruptcy was mailed first class, postage prepaid, to:

Elizabeth M. McGeever, Esquire
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street, Box 1328
Wilmington, DE 19899

       */s/Ronald J. Drescher*
       Ronald J. Drescher