IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HAWKINS | : |
| | : |
| v. | : Civil Action No. 08-55 GMS |
| | : |
| DAMON'S INTERNATIONAL, INC., et al. | : |
| | : |

### ORDER

WHEREAS, on January 25, 2008, the plaintiff filed this action against the above-captioned defendants (D.I. 1);

WHEREAS, on May 12, 2008, a Suggestion of Bankruptcy upon the record as to Pris-mm, LLC, d/b/a Damon's Grill Wilmington, was filed. Counsel for the defendant Pris-mm, LLC advised the court that on May 8, 2008, the defendant filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (D.I. 16);

WHEREAS, Title 11 of the United States Code, Section 362(a) mandates an automatic stay of certain acts against the debtor upon the filing of a petition in bankruptcy under any chapter of the Bankruptcy Code;

IT IS HEREBY ORDERED that:

This case is **ADMINISTRATIVELY CLOSED**, to be reopened for further proceedings upon motion by any party to this action no later than thirty days following a disposition of the bankruptcy case.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

May __13__, 2008

